**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **VADIM FARIAN,**<br><br>    Petitioner,<br><br>  **vs.**<br><br>**MARINA ABRAMYAN,**<br><br>    Respondent. | Case No. 4:19-CV-01390-YGR<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. No. 41 |

The parties have filed a joint statement and request for dismissal in light of the parties' settlement of Canadian divorce proceedings. (Dkt. No. 41.) Accordingly, it is **ORDERED** that this case is **DISMISSED** and any deadlines set in this matter are **VACATED**.

This Order terminates the case.

**IT IS SO ORDERED.**

Dated: September 14, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**